United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11029-RC |
| Wilshire Management Services, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2025 | Form ID: ntcpdiv | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilshire Management Services, Inc., PO Box 409, Nipomo, CA 93444-0409 |
| 42604178 | + | Wilshire Health & Community Service, PO Box 409, Nipomo, CA 93444-0409 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNJZAMORA.COM | Aug 20 2025 04:46:00 | Nancy J Zamora (TR), U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071-2053 |
| smg | ^ | MEBN | Aug 20 2025 00:46:59 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + | Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | Aug 20 2025 00:52:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| smg | | EDI: EDD.COM | Aug 20 2025 04:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 20 2025 04:46:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 21, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Nancy J Zamora (TR) | zamora3@aol.com  nzamora@ecf.axosfs.com |
| Paul F Ready | on behalf of Debtor Wilshire Management Services  Inc. becky@farmerandready.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

1415 State Street, Santa Barbara, CA 93101−2511

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Wilshire Management Services, Inc.
**SSN:** N/A
**EIN:** 95−4570093

PO Box 409
Nipomo, CA 93444

**BANKRUPTCY NO.** 9:25−bk−11029−RC
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 24, 2025**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: August 19, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

4 / NZ