1  SLBIGGS, A division of SingerLewak
2  Samuel R. Biggs, CPA
   sbiggs@slbiggs.com
3  10960 Wilshire Blvd., Suite 1100
   Los Angeles, California 90024
4  (310) 477-3924

5  **Proposed Accountants for Nancy Hoffmeier Zamora,
   Chapter 7 Trustee**
6

FILED & ENTERED

SEP 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Wilshire Management Services, Inc.,<br><br><br><br><br>Debtor(s) | Case No. 9:25-bk 11029 RC<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION FOR RETENTION OF ACCOUNTANTS PURSUANT TO 11 U.S.C. SECTION § 327**<br><br><br><br>[No hearing requested or required] |

    Nancy Hoffmeier Zamora, Chapter 7 Trustee (the "Trustee") for the estate of Wilshire Management Services, Inc., ("Debtor") has filed her Application for Retention of Accountants Pursuant to 11 U.S.C. § 327 (the "Application") [Doc. 8].  It appears from the Application that it is necessary and appropriate that the Trustee employ accountants, that said Accountant represents no interest adverse to the Debtor, the bankruptcy estate, or any creditors in the matter upon which accountant is to be engaged, and that the employment of SLBiggs as accountants is in the best

-1-

interest of the bankruptcy estate. It also appears that due and proper notice of the Application was given to Debtor, the United States Trustee, the 20 largest creditors and all parties in interest. It also appears that no objections or requests for hearing with respect to the Application have been filed. It appearing that good cause exists,

IT IS ORDERED THAT,

1. The Application is granted, and the Trustee is authorized to employ SLBiggs as her accountant at the expense of said estate under 11 U.S.C. Section 327, effective August 19, 2025.

2. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California and the practice and procedure of this Court.

###

Date: September 18, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

-2-