NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
TEL: (213) 488-9411 FAX: (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>WILSHIRE MANAGEMENT SERVICES, INC.,<br><br>Debtor. | Case No. 9:25-bk-11029-RC<br><br>Chapter 7<br><br>TRUSTEE'S REQUEST FOR COURT COSTS<br><br>[No Hearing Required] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned trustee is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs that have been incurred in this case. Said sum will be included in the Final Report and Account.

DATED: August 11, 2026

/s/ Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**TRUSTEE'S REQUEST FOR COURT COSTS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 14, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee, ustpregion16.nd.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Trustee's Counsel: Lovee D Sarenas, lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
Debtor's Counsel: Paul F. Ready, becky@farmerandready.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 14, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Clerk's Office: U.S. Bankruptcy Court-Northern Division, 1415 State Street, Santa Barbara, CA 93101-2511

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 14, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 14, 2026 | Cynthia Casas | /s/ Cynthia Casas |
| *Date* | *Printed Name* | *Signature* |